JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ANGELITA COOPER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, a foreign entity; AND DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 5:20-CV-01976 RGK-KK<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 12, 2020 (Riverside County Superior Court Case No: RIC2003099)<br>FPTC: September 27, 2021<br>Trial: October 12, 2021 |

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.310
310.553.0308

# ORDER

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. Each party will bear its own attorneys' fees and costs. However, the Court shall retain jurisdiction for the purpose enforcing the Parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: September 24, 2021

*[signature: Gary Klausner]*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

4830-2159-0012.1 / 090621-1108

LITTLER MENDELSON P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.310
310.553.0308